UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

Michael Denton
(Name of Plaintiff)

vs.

Tim Thrasher, Dr Karie Rainer, Lindsey McIntyre, Keith Goodenough, Don Holbrook, Jamie Davis, Scott Buttice, Steve Sinclaire, Heidi Griffith, Steve Hammond, Officer Scholls, LT. Miller, LT. Shelden Moore, SGT. William Fletcher, Robert Herzog, David McKinney, Scott Russell, MCC Mail Room Officer OReilly.
(Names of Defendant(s))

**AMENDED**

3:18-cv-05017-BHS-DWC

CIVIL RIGHTS COMPLAINT BY A PRISONER UNDER 42 U.S.C. § 1983

I. Previous Lawsuits:

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?:

☑ Yes   ☐ No

B. If your answer to A is yes, how many?: __2__. Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff: Michael Denton, Prose.

   Defendants: Paul Paster, Charlia James-Hutchison, Marvin Spencer, Jackie Caruso.

2. Court (give name of District): Western District

3. Docket Number: 3:16-cv-05314-RJB-DWC

2 of 100

4. Name of judge to whom case was assigned: Robert J. Bryan and David W. Christel

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?): Still pending, awaiting trail August 13, 2018

6. Approximate date of filing lawsuit: 4-28-2016

7. Approximate date of disposition: N/A

II. Place of Present Confinement: Washington State Penitentiary

    A. Is there a prisoner grievance procedure available at this institution? ☑ Yes ☐ No

    B. Have you filed any grievances concerning the *facts* relating to this complaint? ☑ Yes ☐ No

    If your answer is NO, explain why not: _____

    C. Is the grievance process completed? ☑ Yes ☐ No

    If your answer is YES, ATTACH A COPY OF THE FINAL GRIEVANCE RESOLUTION for any grievance concerning facts relating to this case.

III. Parties to this Complaint

    A. Name of Plaintiff: Michael Denton    Inmate No.: 898610

    Address: 1313 N. 13th Ave Walla Walla WA, 99362

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

    B. Defendant: Tim Thrasher    Official Position: Mission Housing Administrator

    Place of employment: Washington State Department of Corrections.

    C. Additional defendants Tim Thrasher, Dr. Karie Rainer, Lindsey McIntyre, Keith Goodenough, Dan Holbrook, Jamie Davis, Scott Bittice, Steve Sinclaire, Heidi Griffith, Steve Hammond, Officer Scholls, LT. Miller, LT. Sheldon Moore, SGT. William Fletcher, Robert Herzog, David McKinney, Scott Russell, MCC mailroom officer O'Reilly.

# IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. IF YOU ALLEGE A NUMBER OF RELATED CLAIMS, NUMBER AND set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

## CLAIM I.

The defendants, Tim Thrasher, Dr. Karie Rainer, Don Holbrook, Steve Hammond, Robert Herzog, Steve Sinclaire, MHP Lindsey McIntyire, MHP Keith Goodenaugh, David McKinney, CUS. Scott Buttice, Heidi Griffith, did act with deliberate indifference to the rights of Plaintiff Michael Denten BY ILLEGALLY housing plaintiff Michael Denten in Administrative Segregation / Solitary Confinement for long periods of time which has been 11 years altogeth in the DOC. System from 2007 till July 2013 when plaintiff was released from DOC. Then placing plaintiff back in solitary confinement in 2016-2018 which only exacerbate plaintiff current mental illness and causes plaintiff to deteriorate mentally which this isolation caused plaintiff to feel suicidal and depressed to the point were plaintiff started to commit self harm and continue to harm hiself, failure to provide adequate mental health treatment to plaintiff who is being ILLegally held in Administrative Segregation / SHU - Secured Housing Unit which caused plaintiff to become trapped in the disciplinary process and end up in isolated confinement settings in the administrative segregation units for years at a time. And caused plaintiff to lose Good time credits. Which this isolation also caused plaintiff to deteriorate psychiatrically, which the defendants. Tim Thrasher, Dr. Karie Rainer, Don Holbrook, Steve Hammond, Robert Herzog, Steve Sinclaire, MHP Lindsey McIntyire, MHP Keith Goodenaugh, David McKinney, CUS Scott Buttice, Heidi Griffith, continues to house plaintiff and all mentally ill inmates in Administrative Segregation instead of sending plaintiff to a mental health treatment facility to treat his mental illness do to the Washington State Department of Corrections only has one mental health treatment facility at MCC Monroe Corrections SOU - Special Offender Unit for mentally ill inmates and by not building more than one treatment facility for mentally ill inmates plaintiff Michael Denten is being ILLegally housed in Administrative Segregation SHU Unit at Washington State Penitentiary which is not a treatment center or facility for treating mentally ill inmates who are suffering from a

serious mental illness, which the defendants Tim Thrasher, Dr. Karie Rainer, Don Holbrook, Steve Hammond, Robert Herzog, Steve Sinclaire, MHP Lindsey McIntyre, MHP Keith Goodenough, David McKinney, Scott Buttice, Heidi Griffith, created a policy which they all enforced to house Plaintiff Denton and all mentally ill inmates in Administrative Segregation, SHU, Keeplocks, or punitive segregation, which Plaintiff Denton is diagnosed with SHU syndrome - which is the effects of solitary confinement, PTSD, Borderline personality disorder, and Antisocial disorder, and severe Depression, which the defendants have been housing plaintiff Denton in solitary confinement for about eleven years now altoger, which has caused plaintiff to deteriorate mentally which plaintiff Denton has spent long periods of time on the restraint bed and on suicide observation, which this isolation has caused plaintiff to become trapped in the disciplinary process in solitary confinement against his will and has caused plaintiff to lose good time credits and end up doing more time in prison than he should have done due to the lose of good time credits and has caused plaintiff to be punished due to the fact that plaintiff is suffering from a serious mental illness and can't control his impulse, which the defendants all knew that plaintiff Michael Denton is suffering from the effects of solitary confinement, which per Plaintiff Diminish Capacity psychological evaluation done on 3-26-2017 by doctor Anthony Eusanio states: plaintiff Denton is suffering from the effects of solitary confinement which causes plaintiff to be trapped in the disciplinary process in the prison solitary confinement settings. (SEE: Diminish Capacity psychological evaluation by Dr. Anthony Eusanio 1 of 37 pages attached as Exhibit A) which even after all of the above mentioned defendants was served with the notification petition with a copy of plaintiff Denton psychological evaluation the defendants Tim Thrasher, Dr. Karie Rainer, MHP Lindsey McIntyre who was plaintiff counselor, David McKinney, Scott Buttice, Don Holbrook, Steve Hammond, MHP Keith Goodenough, Robert Herzog, Heidi Griffith, Steve Sinclaire, all still refused to release plaintiff Denton from Administrative Segregation SHU UNIT, even after the Defendant Tim Thrasher was notified by plaintiff Denton Snohomish County

5

Social Worker Eric Jonsin by email and fax sent to Tim Thrasher notifying him that plaintiff Denton is suffering from the effects of solitary confinement and longterm Isolation which is making plaintiff Denton suffer/deteriorate mentally which Social Worker Eric Jonsin faxed plaintiff Denton psychological evaluation to Tim Thrasher advising him to release plaintiff Denton from Segregation which is causing plaintiff harm to himself and others "(SEE: Email sent to Tim Thrasher on Monday July 17, 2017 At 10:47am with psychological evaluation attached as Exhibit B)" which all the above named Defendants still refused to release plaintiff from Segregation/Solitary confinement and transfer plaintiff to SOU- Special Offender Unit at MCC Monroe Corrections Center in Monroe Washington which is DOC only mental health facility for mentally ill inmates where plaintiff will be able to get the adequate mental health treatment for his diagnosis/mental illness which this treatment is being denied to plaintiff. And by doing so the defendants, Tim Thrasher, Dr. Karie Rainer, Don Holbrook, Steve Hammond, Robert Herzog, Steve Sinclaire, MHP Lindsey McIntyire, MHP Keith Goodenough, David Mckinney, Scott Buttice, Heidi Griffith, has violated plaintiff Denton Constitutional Rights of the Eighth and Fourteeth Amendments of the United States Constitution for continuing to house plaintiff in Solitary Confinement, Administrative Segregation, SHU's, Keep Locks, dead locks, or punitive segregation, which the defendants knew or should have known that by continuing to house plaintiff in Solitary Confinement for 11 years now that they was violating plaintiff Constitutional Rights of the Eighth and Fourteeth Amendments of the United States Constitution, which MHP Lindsey McIntyire continued to refuse to submit plaintiff Denton Mental Health Teleconference Refferal to transfer plaintiff to SOU at Monroe Correctional Complex due to numerous of Grievances filed on her by plaintiff Denton for Retaliation/Discrimination (SEE: Grievance Response/Appeal filed by plaintiff Michael Denton on Lindsey McIntyire Attached as Exhibit C) which while at Monroe Correction Complex IMU Administrative Segregation MHP Lindsey McIntyire continued to watch plaintiff Denton suffer mentally out of Retaliation due to she said plaintiff

6

Denton Assaulted her husband Sergeant MCINTYRE, who also works at MCC Monroe Correction Complex At MCC/TRU Administrative Segregation which all of the defendants, Tim Thrasher, Dr. Karie Rainer, Don Holbrook, Steve Hammond, Robert Herzog, Steve Sinclaire, MHP Lindsey MCINTYRE, MHP Keith Goodenough, David Mckinney, Scott Buttice, Heidi Griffith, was all served with a copy of plaintiff Denton psychological Evaluation. And "Notification petition" to release plaintiff from Administrative Segregation / Long Term Isolation which is causing plaintiff to deteriorate mentally. the Above named Defendants all knew or should have known that they was violating plaintiff Denton Constitutional Rights of the Fourteenth Amendment and Eighth Amendment Constitutional Rights of the United States Constitution." (SEE: Notification Petition Attached As Exhibit D)" Also (SEE: Letter Response From Assistant Attorney General Timothy J. Feulner on October 4, 2017 Attached As Exhibit E)" Also SEE: Grievance Complaint Appealed And Fully Exhausted Deemed Non-Grievable Attached As Exhibit C)" Also (SEE: DAILY REPORT OF Segregated offender Suicide Observation Restrictions Attached As Exhibit F 1 of 3 pages) Also (SEE: Letter From Attorney Richard Linn on September 13, 2017 Attached As Exhibit G 1 of 1 pages) which the defendants deprived plaintiff Denton of A protected Liberty Interest to be Free From Cruel and Unusual Punishment plaintiff Michael Denton RESPECTFULLY REQUEST $5,000,000 in Compensatory Damages from the defendants Tim Thrasher, Dr. Karie Rainer, Don Holbrook, Steve Hammond, Robert Herzog, Steve Sinclaire, MHP Lindsey MCINTYRE, MHP Keith Goodenough, David Mckinney, Scott Buttice, Heidi Griffith, personally and Individually And An Additional $5,000,000 U.S. dollars in punitive Damages from the Evil Intent And Callous Indifference caused by the defendants Tim Thrasher, Dr. Karie Rainer, Don Holbrook, Steve Hammond, Robert Herzog, Steve Sinclaire, MHP Lindsey MCINTYRE, MHP Keith Goodenough, David Mckinney, Scott Buttice, Heidi Griffith, Actions in Committing the Foresaid Acts herein CLAIM I.

7

## CLAIM II

The defendants Tim Thrasher, Dr. Karie Rainer, Don Holbrook, Scott Buttice, LT. Shelden Moore, SGT. William Fletcher, Badge #7259, WSP officer Scholls, did act with deliberate Indifference to the plaintiff Michael Denton Rights by: failure to protect and prevent plaintiff Denton from harming hisself. and for retailiating against plaintiff for exercising his first Amendment constitutional Right to file grievances and for instructing and intagonizing plaintiff Denton to kill hisself. on December 31, 2017 while on 1 on 1 suicide watch officer scholls who was assigned to watch plaintiff Denton who was on Suicide watch in observation cell E02 plaintiff Denton ask officer scholls to fill out a grievance form for him due to plaintiff was on Suicide watch at the time officer scholls stated to plaintiff Denton "Fuck off you dumb retard" at this time plaintiff Denton asked officer scholls what did you say to me? and officer scholls then stated to plaintiff Denton "you heard me you dumb piece of shit retard I said fuck off you ain't got shit coming" at this point plaintiff Denton requested to speak with the on duty seargeant which officer scholls then stated to plaintiff "I ain't calling the seargeant why don't you try to kill yourself like the dumb fuck next door in cell 1 is trying to do" which officer scholls was reffering to inmate Joseph Simmons who was in E01 observation cell on suicide biting his risk and spitting blood on the wall caught on surveillance cameras in the observation cell E01 which both officer scholls and inmate Simmons 1 on 1 watch officer all laughed at plaintiff Denton and intagonized him to continue to commit self harm at this time plaintiff Denton grabbed a sharp piece of paint chip rock off the ground and start cutting my risk with the paint chip Untill my risk was cut open with blood Leaking out of it which officer scholls just laughed at me then officer scholls stated to plaintiff Denton "Make Sure you do a good job and kill yourself retard" for 1 hour and 45 minutes plaintiff was cutting his risk while his watch officer scholls intaganized plaintiff to continue to commit self harm which at this moment plaintiff Denton started banging his head on the Glass

8.

which my head had an Ice pack on it For banging my head on the Glass For 45 minutes which nobody tried to stop plaintiff when blood start pouring out of my head after 1 hour of banging my head on the Glass SGT. Fletcher showed up and told plaintiff Denton to stop or he could kill hiself After plaintiff continued to bang his head on the Glass SGT. Fletcher walked off and said "Fuck him call me when they Dead dumb fucking Retards" Reffering to me and inmate Joseph Simmons For 3 hours plaintiff Denton was Left unattended and allowed to continue to harm hiself, thats when LT. William Moore showed up and directed plaintiff to stop if he wanted medical attention when plaintiff denton did not stop banging his head LT. William Moore walked off and instructed officer Scholls to call him in 30 minutes if I'm still banging my head and continues to commit selfharm 45 minutes Later At the end of the 2 to 10 shift plaintiff stop banging his head and was placed on the Restraint Table without a mattress on the Restraint bed which which LT. Moore stated to me "This should teach you Not to bang your Head retard" For 4 hours plaintiff Denton was allowed to commit selfharm and officer scholls, SGT. Fletcher, and LT. Moore did not Try to stop me which this is A common practice At Washington state penitentiary of allowing mentally ill inmates to commit self harm to kill themself instead of preventing plaintiff from harming his self I was encouraged to continue to harm myself. The defendants Tim Thrasher, Dr. Karie Rainer, Don Holbrook, Scott buttice, LT. Shelden Moore, SGT. William Fletcher, OUSP officer Scholls. Violated plaintiff Denton fourteeth and Eighth Amendments constitutional rights, of the united states constitution the defendants knew or should have known that by not preventing plaintiff denton from harming my self for 4 hours. that they was violating my constitutional rights of the Fourteeth amendment and Eighth Amendment constitutional rights of the United states constitution Plaintiff Michael Denton Respectfully Request Compensatory Damages in the Amount of $1,000,000 U.S. Dollars From the Defendants, Tim Thrasher, Dr. Karie Rainer, Don Holbrook, Scott

9

Buttice, LT. Sheldon Moore, SGT William Fletcher, WSP Officer Scholls, personally and Individually And AN additional $1,000,000 U.S. Dollars in punitive Damages for the evil intent and callous Indifference caused by the defendants LT. Sheldon Moore, SGT William Fletcher, WSP officer Scholls, Tim Thrasher, Dr. Karie Rainer, Don Holbrook, Scott Buttice, Actions in committing the foresaid Acts here in Claim Number II.

## CLAIM III.

The Defendants Tim Thrasher, Dr. Karie Rainer, Scott Buttice, Don Holbrook, Steve Sinclair, LT. Moore, LT. Miller, Steve Hammond, did act with deliberate Indifference to the Rights of plaintiff Michael Denten BY: Creating and Inforcing AN Illegal policy of forcing mentally Ill inmates to urinate and Deficate inside A hole in the ground inside the suicide observation Cell at Washington State Penitentiary which plaintiff Denten was forced to urinate and Deficate inside A hole in the ground that has metal bar grates over the hole in the ground, which plaintiff Denten was on suicide in suicide observation cell E Unit MHU E02 cell which Washington State Penitentiary only has four suicide observation cells at the prison which all four of the suicide observation cells have A hole in the ground for mentally Ill inmates to urinate and Deficate which plaintiff Denten was forced by LT. Moore and LT. Miller to deficate in A hole in the ground which plaintiff Denten had to use his bare hands to push his own feces down the bars on the hole in the ground in the suicide observation cells which these suicide observation cells do not have A toilet or sink inside the cells for plaintiff to drink water or wash his hands which plaintiff Denten and ALL mentally Ill prisoners are denied to wash their hands with soap due to the suicide observation cells do not have A toilet or sink inside the suicide observation cells. Which plaintiff Denten had to eat his food with feces still on his hands, when plaintiff Denten complained about this to LT. Moore And LT. Miller while they was doing their unit round checks plaintiff Denten told both LT. Moore and LT. Miller that this is inhumane and was unconstitutional and cruel and unusual punishment to mentally Ill inmates LT. Miller then stated to plaintiff "(If you want to use

10

the bathroom you will have to shit and piss in that hole in the ground and if you don't like it don't go on suicide. And that its POLICY At WSP And thats just how its going to be.)" The defendants Tim Thrasher, Dr. Karie Rainer, Scott Buttice, Steve Hammond, Steve Sinclaire, Don Holbrook, LT. Miller and LT. Sheldon Moore, knew or should have known that By forcing plaintiff to urinate and deficate inside A hole in the ground and by denying plaintiff the right to Drink water and wash his hands that they was violating plaintiff Denton Constitutional Rights of Fourteeth and Eighth Amendment's Rights of the United States constitution, which Washington State Penitentiary is the only facility that has A hole in the ground in the Suicide observation cells for inmates to use the bathroom in all the other Washington State prisons have toilets with sinks on them inside all Suicide observation cells for inmates to Drink water and wash thier hands and use the bathroom, which plaintiff Denton had to push his own feces down the hole in the ground with his bare hands being done AS A form of punishment to plaintiff Denton and all mentally ill inmates. At Washington State Penitentiary Plaintiff Michael Denton RESPECTFULLY REQUEST compensatory Damages in the amount of $1,000,000 U.S. Dollars. from the defendants Tim Thrasher, Dr. Karie Rainer, Scott Buttice, Steve Sinclaire, Steve Hammond, Don Holbrook, LT. Miller and LT. Sheldon Moore. personally and Individually. And an additional $1,000,000 U.S. Dollars. in Punitive Damages for the EVIL Intent And Callous Indifference Caused by the defendants Tim Thrasher, Dr. Karie Rainer, Scott Buttice, Don Holbrook, Steve Sinclaire, Steve Hammond. LT. Miller and LT. Sheldon Moore, Actions in Committing the foresaid Acts herein Claim Number III.

## CLAIM IV.

THE Defendants Tim Thrasher, Dr. Karie Rainer, Scott Buttice, LT. MOORE, T. Miller, Steve Sinclaire, Steve Hammond, MHP Jamie Davis, did Act with deliberate Indifference to the rights of plaintiff Denton BY: Illegally forcing seriously mentally ill plaintiff and all mentally ill inmates to be placed on AN Illegal outlawed Iron Table without A mattress on this Iron metal restraint bed being done to plaintiff Denton

11.

out of retaliation to force plaintiff Denton who is mentally ill inmates at WSP to not commit self harm which plaintiff Denton is often on this Illegal Iron restraint bed without a mattress on it which staff place the restraints on plaintiff Denton as tight as they could be causing plaintiff hands to turn blue and out of circulation of blood flow in plaintiff hands. and remove the mattress of the restraint table as a means of punishment to force plaintiff Denton to go back to IMU Administrative segregation which is causing plaintiff to become worser and deteriorate mentally, which MHP Jamie Davis was the on duty MHP Duty Officer who approved for the mattress to be taken off the Iron restraint Tabel for no reason but to punish plaintiff for committing self harm which. The defendants. Jamie Davis and LT. Moore. and LT. Miller. refused to allow plaintiff a blanket to be placed over him to keep warm or socks on his feet due to the freezing cold weather due to it is 30° outside in the winter freezing cold temperatures. While plaintiff was naked with nonthing but a towl to cuver his private parts which was done as a form of punishment to try to force plaintiff to go back to IMU Administrative Segregation which only causes plaintiff to become suicidal, depressed, and deteriorate mentally due to plaintiff is Diagnosed with, PTSD, SHU Syndrome - which is the effects of solitary confinement, borderline personality disorder, which isolation /Isolitary confinement only excerbate plaintiff Denton mentall illness. which the Defendants. Tim Thrasher, Dr. Karie Rainery, Scott Louttice, Steve Sinclaire, Steve Hammond, Don Holbrook, MHP Jamie Davis, LT. Moore, and LT. Miller. All knew or should have known that they was violating plaintiff Denton Constitutional Rights of the Fourteeth and Eighthamendment constitutional rights of the united states constitution when they Illegally placed plaintiff denton on an Illegal Iron restraint bed naked without a mattress on the Iron restraint Tabel with restraints on so tight that they cut off plaintiff Denton blood circulation in his hands. which by the defendants. Tim Thrasher, Dr. Karie Rainery, Scott

Buttice, Steve Sinclaire, Steve Hammond, Don Holbrook, MHP Jamie Davis, LT. Moore, and LT. Miller did purposly violate Plaintiff Denton constitutional Rights of the Farteenth and Eighth Amendment constitutional Rights of the United States constitution And by doing so the above named defendants deprived Plaintiff denton of a protected Liberty interest to be free from cruel and unusual Punishment. Plaintiff Michael Denton Respectfully Request compesatery damages in the Amount of $1,000,000 U.S. Dollars from the defendants Tim Thrasher, Dr. Karie Rainer, Scott Buttice, Steve Sinclaire, Steve Hammond, Don Holbrook, MHP Jamie Davis, LT. Moore and LT. Miller personally And Individually And An Additional $1,500,000 U.S. Dollars in Punitive Damages from the Evil Intent And Callous Indifference caused by the defendants Tim Thrasher, Dr. Karie Rainer, Scott Buttice, Don Holbrook, Steve Sinclaire, Steve Hammond, LT. Moore, And LT. Miller Actions in Committing the foresaid Acts Here in claim IV.

## CLAIM V.

The defendants Tim Thrasher, Dr. Karie Rainer, Scott Buttice, Don Holbrook, MHP Keith Goodenough, David Mckinney, MHP Jamie Davis, Heidi Griffith did act with deliberate Indifference to the Rights of Plaintiff Michael Denton By: Failure to Provide Adequate Mental Health Treatment And Medical Care for serious mental Illness contarary to a psychologist instructions And failure to transfer Plaintiff to MCC/SOU-special offender unit for seriously mentally Ill offender per plaintiff facility plan which plaintiff Denton facility Plan Signed And Approved by Dr. Karie Rainer, Tim Thrasher, Scott Buttice, Don Holbrook, MHP Keith Goodenough, David Mckinney, MHP Jamie Davis, Heidi Griffith, Required

13.

Plaintiff to complete 60 days of good behavior in Administrative Segregation SHU-Secure Housing Unit to be transferred to MCC/SOU-Special Offender Unit for Mental Health Treatment Due to plaintiff is Diagnosed with PTSD, SHU Syndrome-effects of Solitary confinement, Borderline personality disorder Due to isolation only exacerbate Plaintiff mental Illness which Plaintiff completed all required exspectations of the 60 day good behavior per facility plan" (See facility plan of Michael Denten on 10/03/2017 printed by David McKinney Attached as exhibit I) 1 of 4 pages)" Also (See facility plan of Michael Denten on 1/10/2018 printed by David McKinney Approving Plaintiff Michael Denten Transfer to MCC/SOU 1 of 2 pages Attached as Exhibit J)". Which plaintiff was approved Transfer to MCC/SOU on 1/10/2018 which Transfer Has been delayed and denied due to plaintiff filing 1983 civil Rights complaint against the defendants, Tim Thrasher, Dr. Karie Rainer, Scott Buttice, Don Holbrook, MHP Keith Goodenough, David McKinney, MHP Jamie Davis, Heidi Griffith, which Tim Thrasher and Dr. Karie Rainer. canceled plaintiff transfer out of retailiation of plaintiff filing 1983 civil Rights complaint against them, which the defendants Tim Thrasher, Dr. Karie Rainer, Scott Buttice, Don Holbrook, MHP Keith Goodenough, David McKinney, MHP Jamie Davis, Heidi Griffith, all knew or should have known that by Not Transfering Plaintiff to MCC/SOU After he has completed all exspectations Required of him that they was violating plaintiff Denten constitutional Rights of the United States Constitution For failure to provide Adequate mental Health Treatment for a serious medical need to Transfer plaintiff to MCC/SOU-Special Offender Unit for mentally Ill prisoners who suffer from mental Illness which all the above Named defendants was all served with a copy of plaintiff Denten Diministi capacity psychological Evaluation By Dr. Anthony Eusanio done on 3/24/2016 At Pierce County Jail And even After being served with the

14

Diminish ~~plaintiff~~ continued to house plaintiff in Administrative Segregation which only excerbated plaintiff mental Illness and caused plaintiff to deteriorate psychologically and placed plaintiff at harm of the Likelihood of harm "(in terms of my safty and health including mental Health)" Since Transfer to MCC/SOU- special offender unit at monroe Correctional Complex is continued to be delayed And denied plaintiff Michael Denton Respectfully Request $5,000,000 U.S. Dollars in Compensatory Damages from the defendants Tim Thrasher, Dr. Karie Rainer, Scott Buttice, Don Holbrook, MHP Jamie Davis, Heidi Griffith, personally and Individually And an additional $5,000,000 U.S. Dollars in Punitive Damages from the Evil Intent and Callous Indifference caused by the defendants Tim Thrasher, Dr. Karie Rainer, Scott Buttice, Don Holbrook, MHP Keith Goodenough, David McKinney, MHP Jamie Davis, Heidi Griffith Actions in Committing the foresaid Acts Here in CLAIM V.

## CLAIM VI.

The defendants Tim Thrasher, MCC mail room officer OReilly, Scott Russell, did act with deliberate Indifference to the rights of plaintiff Michael Denton BY: Creating and Enforcing A Statewide Illegal publication Ban list on magazines and Books, And failure to provide plaintiff and all prisoners with a copy of the Ban list Notifying plaintiff and all inmates of what publications Are on the ban list which on 6/29/2017 plaintiff Bottles and models Non-nude mens magazine was rejected By mail room officer OReilly stating that bottles and models magazine is on Headquarters Ban list, which the defendants violated the turner test standard that states prisoners publications can only be

15

Rejected if it constitutes a liability or is a threat to the orderly operations of the facility which this is not the case, The defendants Tim Thrasher, Scott Russell created and enforced the Statewide Ban list of publication policy, that allows mailroom officer Oreilly and staff members to reject any book or magazine of African American magazines and publication without following the Turner Test standards to reject plaintiff Bottelz and models magazine publication without Due process plaintiff filed. And sent numerous of kites to the mail room officer Oreilly and Tim Thrasher at DOC Headquarters to appeal the rejection of my bottelz and models magazine, which Defendants Refused to respond back to plaintiff Appeal kites so plaintiff filed a Grievance and appealed it all the way to Level 3 "(See Grievance fully exhausted Level 3 Appeal Response and Level 1 Response 1 of 2 pages Attached As Exhibit K)" which plaintiff was told by Grievance Coordinator Brandi Blair that He would have to public disclosure and pay for a copy of the ban list threw public Disclosure and that MCC mail room Do not provide copies of the ban list to prisoners the defendant Tim Thrasher, Scott Russell, MCC mail room officer Oreilly all knew or should have known that by Not providing plaintiff with a notification of the names of all prohibited publications on this Illegal Statewide ban list of African American publications being prohibited that they was violating plaintiff constitutional Rights of the First and Fourteenth Amendment of the United States constitution when they rejected 12 issues of plaintiff Bottelz and Models magazine without a penological purpose, which the defendants have a policy and practice of Rejecting African American publications. Plaintiff Michael Denton Respectfully Request $250,000 U.S. Dollars in Compensatory Damages from the defendants Tim Thrasher, Scott Russell and Mail room officer

OReilly personally to pay the plaintiff an additional $250,000 U.S. Dollars in Punitive Damages from the Evil Intent And Callous Indifference caused by the defendants Tim Thrasher, Scott Russell, And MCC mail Room officer OReilly Actions in committing the Foresaid Acts herein Claim Number VI.

## V. RELIEF

( State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Plaintiff' Request for A Permanent Injunction be issued Against the Washington State department of Corrections to immediatly be restrained from Continuing to house the plaintiff in administrative segregation, keeplock, dead lock, SHU's Secure Housing Units, or Punitive Segregation and Release plaintiff from the secure housing units in Washington Department of Corrections due to plaintiff is suffering from the effects of this Long term Isolation which is causing plaintiff to detereiorate psychologically and for plaintiff to be Transferred to MCC/SOU - Special Housing Unit at Monroe Correctional Complex Treatment Center for Seriously mentally Ill Offenders mainline where He could be treated for His Serious mental Illness; Plaintiff Request for A Permanent Injunction to be issued Against the Washington Department of Corrections to Return All of plaintiff Goodtime Credits that was Revoked from plaintiff while he was being housed in Administrative Segregation from 2016 - 2018 which was Taken while plaintiff was deteriorating mentally due to suffering from the effects of Solitary Confinement; Plaintiff Request for A Permanent Injunction to be Issued Against the Washington Department of Corrections's to immediatly be Ordered to build more Mental Health Treatment Centers to house Seriously mentally Ill Inmates that will meet their needs; plaintiff Request for A Permanent Injunction be issued Against the
17

Washington be ordered/restrained from making plaintiff and all seriously mentally ill offenders housed at the Washington State Penitentiary in Suicide Observation Cells on the MHU E-Unit Suicide watch, that it be ordered for the defendants can no longer use these observation cells to house plaintiff and all inmates on suicide due to these observation cells do not have a toilet or sink for inmates to wash their hands or drink water or to use the bathroom, And that the defendants be ordered to close down the MHU E-Unit Suicide Observation cells untill they install Toilets with Sinks on them for inmates to be able to Drink water, wash their hands, and use the bathroom.; Plaintiff request for a Permanant Injunction be issued against the Washington State Department of Corrections and Washington State Penitentiary be immediatly ordered to restrain from continuing to use the Iron metal Restraint Tables to place inmates on these Iron restraint Tables Naked, And that it be ordered that the defendants must immediatly stop using these out dated Restraint Tables and must immediatly upgrade to the modern Restraint beds And that the defendants be ordered to no longer take the mattress off any restraint bed when placing an inmate on the restraint bed.; Plantiff Request for a Permanent Injunction be issued against the Washington State Department of Corrections to be ordered to immediatly restrain from Housing all mentally Ill offenders in the secure Housing Units in DOC Administrative Segregation/IMU's that Are diagnosed with SHU Syndrome, PTSD, Schizophrania, Personality disorders, Bipolar, Antisocial disorder, Tourette's Syndrome, And Attention-Deficit/Hyperactivity Disorder, Major Depression, Obsessive-Compulsive Disorder ("OCD"), Panic

18

disorders, ... (MICA - mentally ill chemically addicted - mental illness with substance abuse), eating disorders, or any mental illness that will cause them to suffer from the effects of long-term isolation/solitary confinement that will place them in the likelihood of harm that DOC can no longer house inmates who suffers from any of these diagnosis/disorders cannot be housed or placed in administrative segregation, keeplocks, SHU's, Deadlock, or Punitive Segregation and that it be ordered that any and all inmates housed in Administrative Segregation suffering from mental illness must be allowed out of their cells 7 days a week for 4 hours a day for out of cell treatment or programming for prisoners with serious mental illness confined in SHU's or Administrative Segregation and that it be ordered that any and all mentally ill prisoners can only be housed in Solitary Confinement/Administrative Segregation or SHU's no longer than 60 days and then they must be transferred before the 60 day deadline to a Mental Health Treatment Facility at MCC SOU-Special Offender Unit to treat their mental illness.; Plaintiff Michael Denton believe that He is entitled to the following Relief "$5,000,000 U.S. Dollars)" in compensatory damages for being illegally housed in Solitary Confinement for years while suffering from a serious mental illness which this long-term isolation/Solitary Confinement caused the Plaintiff to deteriorate mentally/psychologically for being retaliated against for filing grievances to challenge this long-term isolation to Plaintiff and for continuing to violate the Plaintiff Constitutional Rights and five million ($5,000,000 U.S. dollars) in Punitive Damages for the evil intent and callous indifference caused by the defendants, Tim Thrasher, Dr. Karie Rainer, MHP Lindsey McIntyire, MHP Keith Goodenough, Don Holbrook, MHP Jamie Davis, Scott Buttice, Steve Sinclaire, Heidi Griffith, Steve Hammond,

19

WSP officer Schells, WSP LT Sheldon Morris, USP SGT William Fletcher, Robert Herzog, Counslor David McKinney, WSP LT. Miller, MCC mailroom officer OReilly, Scott Russell, Actions in committed IN All Claims. Plaintiff Also seek Jury Trail on all issues triable by Jury Plaintiff also seek recovery of his cost in this Suit, And any additional Relief this court deems, Just, Proper, And Equitable Each defendant is sued individually and in his official Capacity.

I declare under penalty of perjury that the foregoing is true and Correct.

Signed this 20th day of February 2018.

_____
(Signiture of Plaintiff)

Case No. 3:18-cv-05017-BHS-DWC

## **AMENDED** LIST OF NAMES AND ADDRESSES OF DEFENDANT(S)

Each defendant, named in the AMENDED Complaint, must be listed below (with exact spelling) with their SERVICE Address.

| # | DEFENDANT(S) NAME: | SERVICE ADDRESS: |
|---|---|---|
| 1 | TIM THRASHER | DOC HeadQuarters - PO BOX 41100 - OLYMPIA WA 98504-1100 |
| 2 | DR. KARIE RAINER | DOC HeadQuarters - PO BOX 41100 - OLYMPIA WA 98504-1100 |
| 3 | Lindsey McIntyre | Monroe Correction Center - P.O. BOX 777 - monroe WA, 98272 |
| 4 | Keith Goodenough | WSP - 1313 N. 13th AVE - walla walla WA. 99362 |
| 5 | Don Holbrook | WSP - 1313 N. 13th AVE - walla walla WA 99362 |
| 6 | Jamie Davis | WSP - 1313 N. 13th AVE - walla walla WA 99362 |
| 7 | Scott Buttice | WSP - 1313 N. 13th AVE - walla walla WA. 99362 |
| 8 | Steve Sinclaire | WSP - 1313 N. 13th AVE - walla walla WA. 99362 |
| 9 | Heidi Griffith | WSP 1313 N. 13th AVE - walla walla WA, 99362 |
| 10 | Steve Hammond | DOC HeadQuarters - PO BOX 41100 - OLYMPIA WA 98504 |
| 11 | Officer Scholls | WSP - 1313 N. 13th AVE - walla walla WA, 99362 |
| 12 | LT. Miller | WSP - 1313 N. 13th AVE - walla walla WA, 99362 |
| 13 | LT. Sheldon Moore | WSP - 1313 N. 13th AVE - walla walla WA, 99362 |
| 14 | SGT. William Fletcher | WSP - 1313 N. 13th AVE - walla walla WA, 99362 |
| 15 | Robert Herzog | DOC HeadQuarters - PO BOX 41100 - OLYMPIA WA, 98504 |
| 16 | David McKinney | WSP - 1313 N. 13th AVE - walla walla WA, 99362 |
| 17 | Scott Russell | Monroe Correction Center PO Box 777 monroe WA 98272 |
| 18 | Officer O'Reilly - mail room | Monroe Correction Center PO Box 777 monroe WA, 98272 |

21 of 101