UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

3:18-CV-05017-BHS-DWC

Michael Denten .
_____
(Name of Plaintiff)

✳✳ AMENDED ✳✳
CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

vs.

Tim Thrasher, Dr. Karie Rainer, Lindsey McINTYRE,
Keith Goodenough, Don Holbrook, Jamie DAVIS, Scott
Buttice, Steve Sinclaire, Heidi Griffith, Steve
Hammond, officer Scholls, LT. Miller, LT. Sheldon,
Moore, SGT. William Fletcher, Robert Herzog, David
McKinney, Scott Russell, officer O'Reilly.
_____
(Names of Defendant(s))

**I. Previous Lawsuits:**

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?:

☑ Yes          ☐ No

B. If your answer to A is yes, how many?:____2.____. Describe the lawsuit in the space
below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of
paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff: Michael Denten, pro se.
_____

Defendants: Paul Paster, Charla James Hetehison, Marlin
Spencer, Jackie Caruso.
2. Court (give name of District): WESTERN District.

3. Docket Number: 3:16-cv-05314-RJB-DWC-

2

2. OF 100.

4. Name of judge to whom case was assigned: Robert J Bryan and David W Christel

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?):

Still pending awaiting Trail August 13, 2018.

6. Approximate date of filing lawsuit: 4-28-2016

7. Approximate date of disposition: N/A-

## II. Place of Present Confinement: Washington State Penitentiary

A. Is there a prisoner grievance procedure available at this institution? ☑ Yes ☐ No

B. Have you filed any grievances concerning the *facts* relating to this complaint? ☑ Yes ☐ No

If your answer is NO, explain why not:

C. Is the grievance process completed? ☑ Yes ☐ No

**If your answer is YES, ATTACH A COPY OF THE FINAL GRIEVANCE RESOLUTION for any grievance concerning facts relating to this case.**

## III. Parties to this Complaint

A. Name of Plaintiff: Michael Denton          Inmate No.: 898010

Address: 1313 N. 13th AVE WALLA WALLA WA, 99362

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Defendant: Tim Thrasher.          Official Position: Mission Housing Administrator

Place of employment: Washington Department of Corrections.

C. Additional defendants Tim Thrasher, Dr. Karie Rainer, Lindsey McIntyre, Keith Goodenough, Jamie Davis, Scott Buttice officer Scholls, LT. Miller, LT. Sheldon Maure, SGT. William Fletcher, Robert Herzog, David Mckinney, Scott Russell, officer O'Reilly, Steve Hammond.

3

IV Statement of CLAIM
( State Here as brieFLY as possible the facts of Your case.
DESCRIBE how Each defendant is involved, including dates, Places,
and other Persons involved. Do not give any Legal Arguments
or cite ANY CASES or Statutes. IF YOU ALLEGE A Number oF
RELated CLaims. Number AND Set Forth Each claim in a
SEParate ParagraPH. AttacH Additional SHeets if NECESSarY.)

## CLAIM I.

The deFendants, Tim THrasHer, Dr. KariE Rainer, Don HolBrook, Steve Hammond, RobeRt HERZog, Steve SinclaiRE, MHP Lindsey McINTYIRE, MHP Keith Goodenaugh, David McKinney, CUS. Scott Buttice, Heidi GriFFith, did Act with deLiBeRatE INdiFFERENCE to the Rights of Plaintiff MicHaEL Denten BY: ILLEGALLY Her Housing plaintiff michael Denten in Administrative Segregation / Solitary Confinement for Long periods of time which has been 11 years altogeth in the DOC. System From 2007 till JULY 2013 when plaintiff was released From Doc. Then placing plaintiff back in Solitary conFinemenT in 2016 — 2018 Which ONLY EXACErbatE plaintiff CURRent Mental ILLness And causes plaintiff to DETERiorate mentally Which this Isolation caused plaintiff to FEEL Suicidal and depressed to the point were plaintiff Started to commit seLF Harm and continue to harm hiseLF, Failure to provide Adequate mental Health treatment to plaintiff who is being ILLEgally held in Administrative Segregation / SHU - SECURED Housing Unit which caused plaintiff to become TrapPed in the disciplinary process and End up in isolated conFinemenT Settings in the administrative Segregation Units for years. At A time. And caused plaintiff to Lose Good time credits. Which this Isolation Also caused plaintiff to DeterioratE PSychiatRically, which the defendanTS. Tim THrasHer, Dr. Karie Rainer, Don HoLbrook, Steve Hammond., Robert HERZog, Steve Sinclaire, MHP Lindsey McINTYIRE, MHP Keith Goodenaugh, David McKinney, CUS Scott Buttice, Heidi GriFFith, continues to house plaintiff and all mentally ILL inmates in Administrative Segregation instead of Sending plaintiFF to A Mental Health Treatmeni Facility to treat his mental ILLness do to the WASHington state DepartmenT oF Corrections only has one Mental Health TreatmenT Facility AT MCC Monroe Corrections SOU - SPecial OFFENDER UNit For Mentally ILL inmates And by Not Building more than ONE Treatment Facility For mentally ILL inmates plaintiff michael Denten is being ILLEGALLY housed in Administrative Segregation SHU Unit At WASHington state penitentiary which is not A treatmenT center OR Facility For treating mentally ILL inmates who are SuFFering From A

serious mental Illness which the defendants Tim Thrasher, Dr. KARIE
Rainer, Don Holbrook, Steve Hammond, Robert Herzog, Steve Sinclaire, MHP
Lindsey MCINTYRE, MHP Keith Goodenough, David McKinney, Scott Buttice,
Heidi Griffith, created a policy which they all enforced to house
Plaintiff Denton and all mentally Ill inmates in Administrative
Segregation, SHU, Keeplocks, or punitive Segregation, which
Plaintiff Denton is diagnosed with SHU Syndrome - which is the
effects of solitary confinement, PTSD, Borderline personality disorder,
and Antisocial disorder, and severe Depression, which the defendants
, and Antisocial disorder, and severe Depression, which the defendants
have been housing plaintiff Denton in solitary confinement for about
eleven years now altoger, which has caused plaintiff to deteriorate
mentailly which plaintiff Denton has spent long periods of time
on the Restraint Bed and on Suicide observation, which this Isolation
has caused plaintiff to become Trapped in the disciplinary process in solitary
confinement Against his will And has caused plaintiff to lose good
time credits and End up doing more time in prison than He should
have done due to the lose of Good time credits and has caused plaintiff
to be punished due to the fact that plaintiff is suffering from
a serious mental Illness And can't control His Impulse, which
the defendants All knew that plaintiff Michael Denten is
suffering from the effects of solitary confinement, which per.
Plaintiff Diminish capacity psychological Evaluation done on 3-24-
2017 by doctor Anthony EUSANIO Steites: plaintiff Denten is suffering
from the effects of Solitary confinement which causes plaintiff to
be trapped in the disciplinary process in the prison. solitary confinement
settings. (See: Diminish Capacity psychological Evaluation BY DR.
Anthony EUSANIO  1 of 37 pages Attached As Exhibit A) which even
After All of the Abovel mentioned defendants was served with the
notification Petition with A copy of Plaintiff Denten psychological
Evaluation the defendants Tim Thrasher, Dr. Karie Rainer, MHP Lindsey
MCINTYRE who was plaintiff counslor, David MCKinney, Scott Buttice,
Don Holbrook, Steve Hammond, MHP Keith Goodenough, Robert Herzog,
Heidi Griffith, Steve Sinclaire, All still Refused to release plaintiff
Denten from Administrative Segregation SHU UNIT, Even After The
Defendant Tim Thrasher was Notified by plaintiff Denton Snohamish County

5

Social Worker Eric Jansin By email and fax sent to Tim Thrasher notifying him that plaintiff Denten is suffering from the effects of solitary confinement and longterm Isolation which is making plaintiff Denten suffer / Deteriorate mentally which social worker Eric Jansin faxed plaintiff Denten psychological Evaluation to Tim Thrasher Advising him to release plaintiff Denten from Segregation which is causing plaintiff harm to himself and others "(SEE: EMAIL sent to Tim Thrasher on Monday July 17, 2017 at 10:47 am with psychological Evaluation Attached As Exhibit B)" which all the above named Defendants Still refused to release plaintiff from Segregation / Solitary confinement And transfer plaintiff to SOU - Special offender Unit at MCC Monroe Corrections Center in Monroe Washington which is Doc only mental Health facility for mentally Ill inmates. where plaintiff will be able to get the adequate mental Health Treatment for his diagnosis / mental Illness which this Treatment is being denied to plaintiff. And by doing so the defendants, Tim Thrasher, Dr. Karie Rainer, Don Holbrook, Steve Hammond, Robert Herzog, Steve Sinclaire, MHP Lindsey McIntyire, MHP Keith Goodenough, David Mckinney, Scott Buttice, Heidi Griffith, has violated plaintiff Denton Constitutional Rights of the Eighth and Fourteeth Amendments of the United States Constitution for continuing to house plaintiff in Solitary Confinement, Administrative Segregation, SHU's, Keep Locks, dead Locks or punitive Segregation, which the defendants knew or should have known That By continuing to house plaintiff in Solitary confinement for 11 years Knew that they was violating plaintiff Constitutional Rights of the Eighth and Fourteeth Amendments of the United States Constitution, which MHP Lindsey McIntyire continued to refuse to submit plaintiff Denton mental Health Teleconference Referral to transfer plaintiff to SOU At Monroe Correctional Complex due to numerals of Grievances filed on her by plaintiff Denten for Retailiation / Discrimination (SEE: Grievance Response / Appeal Filed by plaintiff Michael Denten on Lindsey McIntyire Attached As Exhibit C) which while at Monroe Correction Complex In Administrative Segregation MHP Lindsey McIntyire Continued to watch plaintiff Denten suffer mentally out of Retailiation due to she said plaintiff

6

Denton Assaulted her husband Sergeant MCINTYIRE who also works at MCC Monroe Correction Complex At MCC/IMU Administrative Segregation who hall of the defendants, Tim Thrasher, Dr. Karie Rainer, Don Holbrook, Steve Hammond, Robert Herzog, Steve Sinclaire, MHP Lindsey MCINTYIRE, MHP Keith Goodenough, David McKinney, Scott Buttice, Heidi Griffith, was all served with a code of plaintiff Denton psychological Evaluation. And "Notification petition" to Release plaintiff from Administrative Segregation / Long Term Isolation which is causing plaintiff to deteriorate mentally. the Above named Defendants all knew or should have known that they was violating plaintiff Denton Constitutional Rights of the fourteeth Amendment and Eighth Amendment Constitutional Rights of the United States Constitution "(SEE: Notification Petition Attached As Exhibit D)" Also (SEE: Letter Response from Assistant Attorney General Timothy J. Feulner on October 4, 2017 Attached As Exhibit E)" Also SEE: Grievance Complaint Appealed And Fully Exhausted Deemed Non-Grievable Attached As Exhibit C)" Also (SEE: DAILY REPORT OF Segregated Offender Suicide Observation Restrictions Attached As Exhibit F 1 of 3 pages) Also (SEE: Letter from Attorney Richard Linn on September 13, 2017 Attached As Exhibit G 1 of 1 pages) which the defendants deprived plaintiff Denton of A protected liberty Interest to be Free from Cruel and Unusual punishment plaintiff Michael Denton RESPECTFULLY REQUEST $5,000,000 in Compensatory Damages from the defendants Tim Thrasher, Dr. Karie Rainer, Don Holbrook, Steve Hammond, Robert Herzog, Steve Sinclaire, MHP Lindsey MCINTYIRE, MHP Keith Goodenough, David McKinney, Scott Buttice, Heidi Griffith, personally and Individually And AN Additional $5,000,000 U.S. dollars in punitive Damages from the Evil Intent And Callous Indifference caused by the defendants Tim Thrasher, Dr. Karie Rainer, Don Holbrook, Steve Hammond, Robert Herzog, Steve Sinclaire, MHP Lindsey MCINTYIRE, MHP Keith Goodenough, David McKinney, Scott Buttice, Heidi Griffith, Actions in committing the Foresaid Acts herein CLAIM I.

CLAIM II

The defendants Tim Thrasher, Dr. Karie Rainer, Ron Holbrook, Scott Buttice, LT. Sheldon Moore, SGT. William Fletcher, Badge # 7259, WSP officer Scholls, did act with deliberate Indifference, to the plaintiff Michael Denten rights by: failure to protect And prevent plaintiff Denten from harming hisself. and for Retaliation against plaintiff for exercising his First Amendment Constitutional right to file grievances And for instructing and Intagonizing plaintiff Denten to kill hisself, on December 31, 2017 while on 1 on 1 Suicide watch officer Scholls who was Assigned to watch plaintiff Denten who was on suicide watch in observation cell E02 plaintiff Denten Ask officer Scholls to fill out a grievance form for him due to plaintiff was on suicide watch at the time officer Scholls stated to plaintiff Denten "Fuck off you dumb Retard" At this time plaintiff Denten Asked officer Scholls what did you say to me? And officer Scholls then stated to plaintiff Denten "you heard me you dumb piece of shit Retard I said fuck off you aint got shit coming" At this point plaintiff Denten Requested to speak with the on duty seargeant which officer Scholls then stated to plaintiff "I aint calling the seargeant why dont you Try to kill yourself like the dumb fuck next door in cell 1 is Trying to do" which officer Scholls was Reffering to inmate Joseph Simmons who was in EO1 observation cell on suicide biting his Risk and spitting blood on the wall caught on surveillance cameras in the observation cell EO1 which both officer Scholls and inmate Simmons 1 on 1 watch officer all laughed at plaintiff Denten and intagonized him to continue to commit self harm at this time plaintiff Denten grabbed A Sharp piece of Paint chip rock off the ground and start cutting my Risk with the paint chip Untill my Risk was cut open with blood leaking out of it which officer Scholls Just laughed at me then officer Scholls Stated to plaintiff Denten "Make Sure you do a good Job and kill yourself Retard" For 1 hour and 45 minutes plaintiff was cutting his Risk while his watch officer Scholls intaganized plaintiff to continue to commit self harm which at this moment plaintiff Denten stated banging his head on the Glass

Which my head banging and Forced plaintiff Denton to bang his head on the Glass for 45 minutes which nobody tried to stop plaintiff when blood start pouring out of my head after 1 hour of banging my head on the Glass SGT. Fletcher Showed up and told plaintiff Denton to stop or he could kill hiself After plaintiff continued to bang his head on the Glass SGT. Fletcher walked off and said "Fuck him call me when they Dead dumb Fucking Retards" Referring to me and inmate Joseph Simmons for 3 hours plaintiff Denton was Left unattended and allowed to continue to harm hiself, that's when LT. William Moore Showed up and directed plaintiff to stop if he wanted medical attention when plaintiff denten did not stop banging his head LT. William Moore. Walked off and instructed Officer Scholls to call him in 30 minutes if I'm still banging my head and continues to commit self harm 45 minutes later At the end of the 2 to 10 shift plaintiff Stop banging his head and was placed on the restraint Table without a mattress on the Restraint bed which is when LT. Moore Stated to me "This Should teach you Not to bang your Head Retard" For 4 hours plaintiff Denton was allowed to commit self Harm and Officer scholls, SGT. Fletcher, and LT. Moore did not Try to stop me. when this is A Common practice At washington state penitentiary of Allowing mentally Ill inmates to commit self harm to kill themself instead of preventing plaintiff from harming his self I was Encouraged to continue to harm myself. The defendants Tim Thrasher, Dr. Karie Rainer, Don Holbrook, Scott buttice, LT. Sheldon Moore, SGT. William Fletcher, Ausp officer Scholls. violated plaintiff Denten fourteeth and Eighth. Amendments constitutional Rights, of the United states constitution the defendants knew or should have known that by not preventing plaintiff denten from harming my self for 4 hours. that they was violating my constitutional Rights of the fourteeth amendment and eighth Amendment constitutional Rights of the United states constitution plaintiff Michael Denton Respectfully Request Compensatory Damages in the Amount of $1,000,000 U.S. Dollars from the Defendants, Tim Thrasher, Dr. Karie Rainer, Don Holbrook, Scott

personally and Individually And AN additional $1,000,000 U.S.
Dollars in punitive Damages for the evil Intent And
callous Indifference caused by the defendants LT. Sheldon
Mcore, SGT william fletcher, WSP officer Scholls, Tim Thrasher, Dr.
karie Rainer, Don Hollancuk, Scott Buttice, Actions in committing the
foresaid Acts here in Claim Number II.

# CLAIM III.

The Defendants Tim Thrasher, Dr. karie Rainer, **Scott Buttice.,** Don
Holbrook, Steve Sinclaire, LT. **MOORE, LT. MILLER**, Steve Hammonal, did act
with deliberate Indifference to the Rights of plaintiff michael Denten
BY: Creating and In forcing AN' ILLegal policy of forcing
mentally Ill inmates to urinate and Deficate inside A hole in the
ground inside the Suicide observation Cell At Washington State Penitentiare
which plaintiff Denten was forced to urinate and DeFicate inside
A hole in the ground that has metal bar grates over the hole in the
ground, which plaintiff Denten was on suicide in Suicide observation cell
E unit MHU EO2 cell which washington State Penitentiary only
has four Suicide observation cells At the prison which all four of the
Suicide observation cells have A hole in the ground for mentally Ill
inmates to urinate and Deficate which plaintiff Denten was forced
by LT. McORE and LT. Miller to deficate in A hole in the ground which
plaintiff Denten had to use his bare hands to push his own feces
down the bars on the hole in the ground in the Suicide observation
cells which these Suicide observation cells do not have A toilet or
sink inside the cells for plaintiff to drink warter or wash his
hands which plaintiff Denten and ALL mentally Ill prisoners Are
denied to wash their hands with soap due to the suicide observation
cells do not have A toilet or sink inside the suicide observation cells.
which plaintiff Denten had to eat his food with feces still on his
hands, when plaintiff Denten complained about this to LT. Moore
And LT. Miller while they was doing thier Unit Round checks plaintiff
Denten told both LT. Moore and LT. Miller that this is inhumane And
WAS unconstitutional and CRUEL and unusual punishment to mentally
Ill inmates LT. Miller then stated to plaintiff "(IF you want to use

the bath Room You will have to shit and Piss in that hole in the ground and if You dont like it dont go on Suicide And that its POLICY At WSP And thats Just how its going to be.)" The defendants Tim Thrasher, Dr. Karie Rainer, Scott Buttice, Steve Hammond, Steve Sinclaire, Don Holbrook, Lt. Miller and LT. Sheldon moore, Knew Or Should have Known that By forcing plaintiff to urinate and defecate inside a hole in the ground. and by denying plaintiff the Right to Drink water and wash his hands that they was violating plaintiff Denten Constitutional Rights of fourteeth and Eighth Amendments Rights of the United States constitution, which WASHington State Penitentiary is the only facility that has a hole in the ground in the Suicide observation cells For inmates to use the bathroom in all the other WAShington State prisons have toilets with Sinks on them inside all Suicide observation cells for inmates to Drink water. and wash their hands and use the bathroom, which plaintiff Denton had to push his own feces down the hole in the ground with his bare hands being done As a form of punishment to plaintiff Denten and all mentally Ill inmates. At WASHington State Penitentiary Plaintiff Michael Denten RESPectfully REQUEST Compensatory Damages in the amount of $1,000,000 U.S. Dollars. from the defendants Tim Thrasher, Dr. Karie Rainer, Scott Buttice, Steve Sinclaire, Steve Hammond, Don Holbrook, LT. Miller and LT. Sheldon moore. personally. and Individually. And an additional $1,000,000 U.S. Dollars. in Punitive Damages For the Evil Intent And Callous Indifference Caused by the defendants Tim Thrasher, Dr. Karie Rainer, Scott Buttice, Don Holbrook, Steve Sinclaire, Steve Hammond. LT. Miller and LT. Sheldon Moore, Actions in committing the foresaid Acts herein Claim Number III.

# CLAIM IV.

THE Defendants Tim Thrasher, Dr. Karie Rainer, Scott Buttice, LT. Sheldon Moore, LT. Miller, Steve Sinclaire, Steve Hammond., MHP Jamie Davis, did Act with. deliberate Indifference to the rights of plaintiff Denten BY: ILLegally. forcing Seriously Mentally Ill plaintiff and All mentally Ill inmates to be placed on an ILLegal OUTLawed Iron Table without a mattress and this Iron metal Restraint bed being done to plaintiff Denten

11.

Out of Retaliation to Force plaintiff Denton totally ILL inmates at WSP to NOT commit self Harm which plaintiff Denten is often on this Illegal Iron Restraint bed without a Mattress on It which staff place the Restraints on plaintiff Denton as tight as they could be causing plaintiff hands to turn blue and cut of circulation of blood flow in plaintiff hands. and Remove the mattress of the Restraint Table as a means of punishment to force plaintiff Denten to go back to Imu Administrative segregation which is causing plaintiff to become worser and deteriorate mentally, which MHP. Jamie Davis was the on duty MHP Duty officer who approved for the mattress to be taken off the Iron Restraint Tabel for NO Reason but to punish plaintiff for committing self Harm which. The defendants. Jamie Davis and LT. MOORE. and LT. MILLER Refused to Allow plaintiff A blanket to be placed over him to keep warm or socks on his feet due to the freezing cold weather due to it is 30° out side in the winter freezing cold tempueres. while plaintiff was naked with nothing but a towl to cover his private parts which was done as a form of punishment to try to force plaintiff to go back to Imu Administrative segregation which only causes plaintiff to become suicidal, depressed, And Deteriorate mentally due to plaintiff is Diagnosed with, PTSD, SHU Syndrome - which is the effects of Solitary confinement, borderline personality disorder, which isolation / Solitary confinement only excerbate plaintiff Denton mentall Illness which the Defendants. Tim Thrasher, Dr. Karie Rainery, Scott buttice, Steve Sinclaire, Steve Hammond, Don Helbrook, MHP Jamie Davis, LT. moore, and LT. MILLER. All knew or should have known that they was violating plaintiff Denten Constitutional Rights of the Fourteeth and Eighthamendment constitutional Rights of the united states constitution when they Illegally placed plaintiff denton on an Illegal Iron Restraint bed Naked without a mattress on the Iron Restraint Tabel with Restraints on so tignt that they cut off plaintiff Denton Blood Circulation in his hands. which By the defendants. Tim Thrasher, Dr. Karie Rainery Scott

Buttice, Steve Hammond, Don Holbrook, MHP Jamie Davis, LT. Moore, and LT. Miller did purposly violate Plaintiff Denton constitutional Rights of the fourteeth and Eighth Amendment constitutional Rights of the United States Constitution And by doing so the Aboved named defendants deprived Plaintiff denton of A Protected Liberty interest to be FREE FROM Cruel And Unusual Punishment Plaintiff Michael Denton. RESPECTFULY RE. Quest Compensatory damages in the Amount of $1,000,000. U.S. Dollars from the defendants Tim Thrasher, Dr. Karie Rainer, Scott Buttice, Steve Sinclaire, Steve Hammond, Don Holbrook, MHP Jaimie Davis, LT. Moore, and LT. Miller. Personally and Individually and An Additional $1,500,000 U.S. Dollars in Ponitive Damages from the Evil Intent And Callous Indifference caused by the defendants Tim Thrasher, Dr. Karie Rainer, Scott Buttice, Don Holbrook, Steve Sinclaire, Steve Hammond, LT. Moore, And LT. Miller, Actions in Committing the foresaid Acts here in Claim IV.

## CLAIM V.

The defendants Tim Thrasher, Dr. Karie Rainer, Scott Buttice, Don Holbrook, MHP Keith Goodenough, David Mckinney, MHP Jamie Davis, Heidi Griffith did act with deliberate Indifference to the Rights of Plaintiff Michael Denton BY: failure to Provide Adequate mental Health Treatment and medical Care for Serious mental ILLNESS contararry to A psychologist instructions to Transfer Plaintiff to mcc/scu -special offender unit per facility plan. for Treatment for his Serious mental ILLNESS; The defendants Dr. Karie Rainer, Tim Thrasher, MHP Counslor Jamie Davis, And MHP Keith Goodenough Created, Approved and Enforced the Facility plan. which Required. Plaintiff to complete Loo days of Good behavior

13

in administrative segregation SHU - Segregation Housing Unit to be Transferred to MCC/SOU-Special offender unit for mental Health Treatment Due to plaintiff is Diagnosed with PTSD, SHU syndrome - which is the effects of solitary confinement, Borderline personality disorder, Due to isolation only exacerbate plaintiff mental Illness when plaintiff completed all required exspectations required of him to do 60 days Good behavior per facility plan" (SEE facility plan of Michael Denten on 10/3/2017 printed by David Mckinney Attached As Exhibit I) Also "(SEE facility plan of Michael Denten on 1/10/2018 printed by David Mckinney Approving plaintiff Denten Transfer to MCC/SOU 1 of 2 pages)" which the defendants Dr. Karie Rainer, Tim Thrasher and Keith Goodenaugh. Approved the Transfer to MCC/SOU on 1/10/2018 and continues to Delay and deny this Transfer for serious mental Health Treatment. when the defendants. Tim Thrasher, Dr. Karie Rainer, MHP Keith Goodenaugh. Continues to Delay and Deny this Transfer which is causing plaintiff to Deteriorate psychologically due to them continuing to Delay the Transfer, after plaintiff has been approved for mental Health Treatment At Monroe Corrections Complex SOU - Special offender Unit which the defendants Tim Thrasher, Dr. Karie Rainer, MHP Keith Goodenaugh knew or Should have known that by them continuing to Delay the Transfer Plaintiff to MCC/SOU for serious medical Need after transfer has been approved that the was depriving plaintiff of A protected Liberty interest and that they was violating plaintiff Eignth Amendment and fourteenth Amendment Constitutional Rights For failure to provide Adequate mental Health Treatment for A Serious medical Need to transfer plaintiff to MCC/SOU unit for mentally ILL offenders due to plaintiff suffers from PTSD, SHU syndrome and borderline personality disorder The defendants Tim Thrasher, Dr. Karie Rainer, MHP Keith Goodenaugh was all served with A copy of plaintiff Denten Diministi capacity psychological Evaluation By Dr. Anthony Eusanio done on 3/26/2017. Even after being served with the Evaluation plaintiff was "Told By MHP Keith Goodenaugh and David Mckinney that He deserves to rot in the hole No matter what his psychological

Evaluation ... nt tell them what to do." Which Defendants continued to. Delay plaintiff Transfer. Which only excerbated plaintiff mental Illness and caused me to deteriorate psychologically and placed me at harm of the likelihood of harm" (in terms of my safty and health including mental Health)" Since Transfer to mcc/sau-Special offender Unit at Monroe Correctional Complex has continued to be delayed and denied. Since Treatment has been continued to be stalled and Delayed Plaintiff Michael Denton Respectfully Request $5,000,000 U.S. Dollars in compensatory Damages From the defendants Tim Thrasher, Dr. Karie Rainer, Counsler David Mckinney, MHp Jamie Davis, Keith Goodenagh personally and Individually and an Additional $5,000,000 U.S. Dollars in Punitive Damages From the evil Intent and callous Indifference. caused by The defendants. Tim Thrasher, Dr. Karie Rainer, MHp Keith Goodenagh, MHp Jamie Davis, Actions in commiting the foresaid Acts Herein. Claim V.

# CLAIM VI.

The Defendants Tim Thrasher, Scott Russell, mail Room officer Oreilly did act with deliberate Indifference to the Rights of Plaintiff Michael Denton By: creating and Enforcing A Illegal statewide publication Ban. list on magazines and books.; And failure to provide plaintiff with a Notification copy of this Ban List of what publications are on this ban list which on 6/29/2017 plaintiff Bottles and. models none nude magazine was Rejected due to this Illegal Ban list which was enforced and created by defendants Tim Thrasher and Scott Russell. Which the defendants Tim Thrasher and Scott Russell and mail Room officer Oreilly violated the Turner Test standard that Require that prisoners publications can only be.

15

Rejected if it follows the liberty one without this orderly operations of the Facility which this is not the case, The Statewide ban list policy For publications was created By Tim Thrasher and Scott Russell which allowed mail officer Oreilly and staff members to reject any book or magazine of African American magazines without following the TURNER TEST standards to reject my bottles and models publication magazine without due process plaintiff filed and sent numerous of kites to mail officer Oreilly and Tim Thrasher Appealing the rejection of my bottles and magazine, which the defendants. Tim Thrasher, officer Oreilly and Scott Russell refused to answer any Appeal kites so I filed A grievance and Appealed it all the way to level 3 "( SEE GRIEVANCE Fully Exhausted to Level 3 AS Exhibit K)" which plaintiff was told by defendants Scott Russell and mail officer Oreilly that I would have to public disclosure the Ban list if I want to Review it I will have to pay For it And that MCC will not provide prisoner with A Notification of the ban list, The defendants Tim Thrasher, Scott Russell, officer Oreilly knew or should have known that by not giving or providing plaintiff with A Notification of the names of all prohibited publications on this Illegal Statewide ban list of African American publications being prohibited by the defendants Tim thrasher, Scott Russell, officer Oreilly that they was violating plaintiff constitutional Rights of the first and fourteenth amendment of the United States Constitution. when They Rejected 12 issues of my Bottles and models magazine without A penological purpose which the defendants Have A policy and practice of Rejecting African American publications. Plaintiff Michael Denton Respectfully Request $250,000 U.S. Dollars in compensatory Damages from the Defendants Tim Thrasher, SCOTT Russell And mail Room officer Oreilly.

16.

$250,000 U.S. Dollars in Punitive Damages from the Evil Intent And Callous Indifference caused by the defendants Tim Thrasher, Scott Russell, And MCC Mail Room Officer O'Reilly Actions in committing the foresaid Acts herein Claim Number VI.

## V. RELIEF

( ( State briefly Exactly what You want the court to do for you. Make no LEGAL Arguments, Cite NO CASES OR Statutes.)

Plaintiff' REQUEST for A Permanent Injunction be issued Against the washington State department of corrections to immediatly be restrained from Continuing to house the plaintiff in administrative Segregation, Keeplock, dead lock, SHU's Secure Housing Units, or Punitive Segregation and Release plaintiff from the Secure housing units in Washington Department of Corrections due to plaintiff is Suffering from the effects of this Long term Isolation which is causing plaintiff to deteriorate psychologically and for plaintiff to be Transferred to MCC/SOU - Special Housing Unit at Monroe Correctional Complex Treatment Center for Seriously Mentally ILL Offenders Main Line where THEY could be Treated for His Serious Mental Illness; Plaintiff REQUEST for A Permanent Injunction to be issued Against the washington Department of Corrections to Return All of plaintiff Goodtime Credits that was Revoked from plaintiff while he was being housed in Administrative Segregation from 2016 – 2018 which was TAKEN While plaintiff was deteriorating mentally due to Suffering from the effects of Solitary Confinement; Plaintiff REQUEST for A Permanent Injunction to be Issued Against the Washington Department of Corrections to immediatly be Ordered to build more mental Health Treatment Centers to house Seriously mentally ILL Inmates that will meet their Needs; plaintiff REQUEST for A Permanent Injunction be issued Against the

WAShington State Penitentiary be immediatly be ordered / Restrained from making Plaintiff and all Seriously mentally ILL offenders housed at the WAShington State Penitentiary in Suicide observation cells on the MHU E-Unit Suicide watch, that it be ordered for the defendants can NO longer USE these observation cells to house plaintiff and all inmates on Suicide, due to these observation cells do not have a toilet or Sink for inmates to wash thier hands or Drink water or to use the bathroom, And that the defendants be ordered to close down the MHU E-Unit Suicide observation cells until they install TOILETs with Sinks on them for inmates to be able to Drink water, wash thier Hands, and use the bathroom; Plaintiff, REQUEST for A Permanant Injunction be issued Against the WAShington State Department of Corrections and WAshington State Penitentiary be immediatly ordered to Restrain from continuing to use the Iron metal Restraint Tables to place inmates on these Iron Restraint TABLES NAKed, And that it be ordered that the defendants must immediatly Stop using These out dated Restraint Tables and must immediatly upgrade to the modern Restraint beds And that the defendants be ordered to No longer take the mattress off any Restraint bed. When placing an inmate on the Restraint bed; Plaintiff Request for A Permanent Injunction be issued Against the washington State Department of Corrections to be ordered to immediatly Restrain from Housing All mentally ILL offenders in the Secure Housing Units in Doc Administrative Segregation / IMU's that Are diagnosed with SHU Syndrome, PTSD, Schzophania, Personality disorders, Bipolar, Anti Social disorder, Tourette's Syndrome, And Attention-Deficit / Hyperactivity Disorder, MAjOR Depression, Obsessive-compulsive Disorder ("OCD"), Panic

Disorders, Psychia Mental Illness (physically/Chemically Addicted - mental Illness with substance abuse), Eatting disorders, or any mental Illness that will cause them to suffer. From the effects of long-term Isolation/Solitary Confinement that will place them in the likelihood of harm that Doc can no longer house inmates who suffers From any of these diagnosis /disorders cannot be housed or placed in Administrative Segregation, Keep locks, SHU'S, Dead Lock, or Punitive Segregation And that it be ordered that any and all inmates housed in Administrative Segregation Suffering From mental Illness must Be Allowed out of thier cells 7 days A week For 4 hours A day for out of cell-Treatment or programming for Prisoners with Serious mental Illness confined in SHU's or Administrative Segregation and that it be ordered that any and all mentally Ill Prisoners can only be housed in Solitary Confinement/Administrative Segregation or SHU's No longer than 60 days and then They must Be transfered before the 60 day deadline to A Mental Health Treatment facility At MCC SOU-Special offender Unit to treat thier mental Illness; Plaintiff Michael Denton Believe that He is entitled to the Following RELIEF ("$ 5,000,000 U.S. Dollars)" iN Compensatory damages For being Illegally housed in Solitary Confinement For Years while Suffering From A Serious Mental Illness which this long-term Isolation /Solitary Confinement caused The Plaintiff to Deteriorate mentally/psychologically for being Retaliated Against For Filing grievances to challenge this long-term Isolation to plaintiff and for continuing to violate the plaintiff Constitutional Rights And five million ($5,000,000 U.S dollars) iN Punitive Damages For the Evil Intent and callous Indifference Caused by the defendants, Tim Thrasher, Dr. Karie Rainer, MHP Lindsey McINTYRE, MHP Keith Goodenaghs, Don Helbrook, MHP Jamie Davis, Scott Bittice, Steve Sinclaire, Heidi Griffith, Steve Hammord,

WSP Officers Sgt William Fletcher, Robert Herzog Canser David McKinney, WSP LT. Miller, MCC mail room officer OReilly, Scott Russell, Actions in committed in all claims. Plaintiff Also seek Jury Trail on all issues triable by Jury Plaintiff also seek Recovery of his cost in this Suit, and any additional Relief this court deems, Just, proper, and Equitable. Each defendant is Sued Individually and in his official Capacity.

I declare UNDER Penalty of Perjury that the foregoing is true and Correct.

Signed this __12th__ day of MARCH 2018.

( Signiture of Plaintiff )

20.