UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL DENTON, <br><br> Plaintiff, <br><br> v. <br><br> TIM THRASHER, et al., <br><br> Defendants. | CASE NO. 18-05017 BHS-DWC <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 21. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order that the R&R (Dkt. 21) is **ADOPTED** and Plaintiff's claims against Defendants Don Holbrook, Scott Buttice, Steve Sinclaire, Steve Hammond, Robert Herzog, and Heidi Griffith are **DISMISSED**.

Also before the Court is Plaintiff's motion to stay this action pending the resolution of his ongoing litigation in *Denton v. Pastor et al.*, 3:16-cv-05314-RJB, which is scheduled for trial on August 13, 2018. Dkt. 23. The Court finds that such a stay is unnecessary at this time, and the motion (Dkt. 23) is therefore **DENIED**. The Court has

directed service on the Defendants not dismissed by this order only as recently as May 21, 2018. The Court has not yet entered a scheduling order and there are no pending motions or impending deadlines that require Plaintiff's attention. If Plaintiff's participation in *Denton v. Pastor et al.*, 3:16-cv-05314-RJB, results in a concrete conflict with his ability to meet specific deadlines or adequately prosecute this case according to the requirements of the forthcoming scheduling order, then Plaintiff may renew his motion for a stay or move for relief from specific deadlines.

**IT IS SO ORDERED**.

Dated this 20th day of June, 2018.

BENJAMIN H. SETTLE
United States District Judge