UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL DENTON,

        Plaintiff,

v.

TIM THRASHER, et al.,

        Defendants.

CASE NO. C18-5017 BHS-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 48. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Plaintiff's Motion for Default (Dkt. 27), First Emergency Motion (Dkt. 25) and Second Emergency Motion (Dkt. 36) are **DENIED**.

Dated this 21st day of August, 2018.

                              BENJAMIN H. SETTLE
                              United States District Judge