UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL DENTON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TIM THRASHER, et al.,<br><br>　　　　　　Defendants. | CASE NO. C18-5017 BHS-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 55. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)　The R&R is **ADOPTED**; and

(2)　Plaintiff's Motion for Default Judgment (Dkt. 46) and Declaration for Entry of Default (Dkt. 47) are **DENIED**.

Dated this 10th day of September, 2018.

　　　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　　　United States District Judge